AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2023 JAN 13 A 10: 42

CLERK _____

)
)
Richard Eugene James JR )
_____ )
Petitioner )
)
v. )
R.E. "Chuck" Moseley, Sheriff ) Case No. _____
Terry Mays, Captain/Chief Jailer ) (Supplied by Clerk of Court)
)
_____ )
Respondent )
(name of warden or authorized person having custody of petitioner)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Richard Eugene James Jr # 197
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Wayne County Detention Center
   (b) Address: 1892 South Macon Street
      Jesup, GA 31545
   (c) Your identification number: 197
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☐ State authorities    ☑ Other - explain: _____
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other (explain): Petitioner is being restrained of his liberty in an unauthorized and unjustified imprisonment on behalf of the Wayne County Sheriffs Office, violating various constitutional rights of petitioner.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other (explain): The unjustified and unauthorized imprisonment of Petitioner. Petitioner was granted credit time serve on December 5, 2022 by Judge Vye Bennett, State Court Judge of Wayne County Georgia. WCSO Lacks jurisdiction to restrain Petitioner

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Wayne County Sheriff Office, 1892 South Macon Street, Jesup, GA 31545
   (b) Docket number, case number, or opinion number: Unknown
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Petitioner claims an invasion by government officicals i.e. Wayne County Sheriff Office from unauthorized and unjustified imprisonment and continued restraint beyond Court imposed decision, relying on federal question jurisdiction.
   (d) Date of the decision or action: December 5, 2022

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Wayne County Sheriff Office

       (2) Date of filing: December 20, 2022
       (3) Docket number, case number, or opinion number:
       (4) Result: Grievance was ignored and never resolved
       (5) Date of result: Ongoing issue.
       (6) Issues raised: Grievant is being held beyond court imposed sentence, CTS on behalf of Judge Vye Bennett on December 5, 2022 in the State Court of Wayne County Georgia. Petitioner has a Constitutional right to be free from deprivation of his Liberty without due process of law and of subjecting his


AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

persons to seizure and continued restraint in violation of his constitutional right to be from search and seizure.

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes     ☒ No

(a) If "Yes," provide:
(1) Name of the authority, agency, or court:
(2) Date of filing:
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal: Wayne County Sheriff Office creates a deliberate indifference when it comes to their own grievance process. They fail to answer or address any grievances filed.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☐ No

(a) If "Yes," provide:
(1) Name of the authority, agency, or court: N/A
(2) Date of filing:
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ N/A _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes         ☒ No

    If "Yes," answer the following:

    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

          ☐ Yes         ☒ No

          If "Yes," provide:
          (1) Name of court: _____ N/A _____
          (2) Case number: _____
          (3) Date of filing: _____
          (4) Result: _____
          (5) Date of result: _____
          (6) Issues raised: _____

    (b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

          ☐ Yes         ☒ No

          If "Yes," provide:
          (1) Name of court: _____
          (2) Case number: _____
          (3) Date of filing: _____ N/A _____
          (4) Result: _____
          (5) Date of result: _____
          (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ N/A _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____ N/A _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: ____N/A____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: ____N/A____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court: ____N/A____
(2) Date of filing: _____
(3) Case number: _____

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____ N/A _____

_____

_____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____ N/A _____

    (b) Name of the authority, agency, or court: _____ N/A _____

    (c) Date of filing: _____

    (d) Docket number, case number, or opinion number: _____

    (e) Result: _____

    (f) Date of result: _____

    (g) Issues raised: _____

_____ N/A _____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Petitioner was sentenced to credit time served by State Court Judge Vye Bennett on December 5, 2022 in the State Court of Wayne County Georgia

Page 7 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
Wayne County Sheriff's Office has confined Petitioner to a false imprisonment to the Wayne County Detention Center in the County of Wayne, Jesup, Georgia lacking jurisdiction to do so and thereby violating various U.S. Constitutional rights. In doing so causing injury to Petitioner, and cruel and unusual punishment also. Petitioner raising the federal question of jurisdiction and U.S. Constitutional violations and deprivations.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

GROUND TWO: Petitioner prays this court issue a habeas corpus to inquire into the cause of his commitment, that the State Court of Wayne County, Georgia Clerk Certify the record by which Petitioner was committed and judgement passed upon might be examined, and its legality investigated.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
The Clerk of Courts for the State Court of Wayne County State Court and provide the certified copy of the sentence passed upon by State Court Judge Vye Bennett to show that the continued restraint of Petitioner's Liberty is illegal, unconstitutional, oppressive, and the Wayne County Sheriff Office lacks jurisdiction over Petitioner and subject matter. And WSCO has invaded Petitioners U.S. Constitutional protected rights.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

GROUND THREE: The Fourth Amendment establishes the minimum constitutional standards and procedures not just for arrest but also for ensuring detention. Thus pretrial detention can violate the Fourth Amendment not only when it proceeds but also when it follows the completion of a criminal case.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
The refusal to release petitioner in accordance with the State Court Imposed Sentence violates 4th Amendment probable cause, a lack of Jurisdiction on behalf of WCSO to continuously deprive petitioner of his Liberty without due process of Law violates 14th Amendment, is unjustified, unauthorized and motivated by ill will against the petitioner.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

Page 8 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: Federal Courts to issue declartory and injuctive relief to protect rights of petitioner safe guarded by the Constitution and to restrain individual State officers from doing what the U.S. Const. Amend XIV forbids a state to do. The Courts to adjust their remedies so as to grant the necessary relief and grant petitioners immediate release and end to illegal and unconstitutional imprisonment.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01-09-2023

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Richard Eugene [...]
Wayne County Detention Center
1892 South Macon Street
Jesup, GA 31545

United States Districts Courts
P.O. Box 1636
Brunswick, GA 31521

