AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICHARD EUGENE JAMES, JR.,

    PETITIONER,

                           JUDGMENT IN A CIVIL CASE

                           CASE NUMBER: 2:23-cv-9

    V.

SHERIFF R.E. CHUCK MOSELEY, and
TERRY MAYS,

    RESPONDENTS.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 5, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Therefore, Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice, and Plaintiff is denied a certificate of appealability and in forma pauperis status on appeal.  This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 5, 2024



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020